Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Virginia H. Perkins, SBN 215832
vperkins@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017

Attorneys for Defendant,
The CCPOA Benefit Trust Fund

ORIGINAL FILED

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEN LEWIS,

        Plaintiff,

vs.

THE CCPOA BENEFIT TRUST FUND; and DOES 1 through 20, inclusive,

        Defendant.

Case No. CV 08 3228 VRW

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.     Ken Lewis – Plaintiff

2.     The CCPOA Benefit Trust Fund – Defendant

3.     Chubb Group of Insurance Companies – Provides Fiduciary Liability Coverage to the CCPOA Benefit Trust Fund

///

///

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS     1

#926081

4. Board of Trustees of the CCPOA Benefit Trust Fund – Trustees of the Defendant CCPOA Benefit Trust Fund

DATED: July 3, 2008

TRUCKER ✦ HUSS

By: _____
Virginia H. Perkins
Attorney for Defendant The CCPOA Benefit Trust Fund

Trucker ✦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    2

#926081