1  Robert F. Schwartz, SBN 227327
   rschwartz@truckerhuss.com
2  Virginia H. Perkins, SBN 215832
   vperkins@truckerhuss.com
3  TRUCKER ✦ HUSS
   A Professional Corporation
4  120 Montgomery Street, 23rd Floor
   San Francisco, California  94104
5  Telephone:     (415) 788-3111
   Facsimile:      (415) 421-2017
6
7  Attorneys for Defendant,
   The CCPOA Benefit Trust Fund

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

| KEN LEWIS, | Case No. CV 08-03228 VRW |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT CCPOA BENEFIT TRUST FUND'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND CAUSE OF ACTION OF PLAINTIFF'S COMPLAINT, TO DISMISS DOE DEFENDANTS AND TO STRIKE JURY TRIAL DEMAND** |
| THE CCPOA BENEFIT TRUST FUND; and DOES 1 through 20, inclusive, | |
| Defendant. | |
|  | Date: September 11, 2008<br>Time:  2:30 p.m.<br>Location: Courtroom 6, 17th Floor<br>Judge:  Chief Judge Vaughn R. Walker |

21      TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

22      NOTICE IS HEREBY GIVEN that, on September 11, 2008, at 2:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, Courtroom 6, 17th floor, at 450 Golden Gate Avenue, San Francisco, California, Defendant the CCPOA Benefit Trust Fund (the "Plan") will, and hereby does, move the Court for an order dismissing the Second Cause of Action of Plaintiff Ken Lewis' ("Plaintiff" or "Lewis") Complaint and all claims against the Doe Defendants pursuant to Federal Rule of Civil Procedure 12(b)(6), and striking Plaintiff's demand for a jury trial.

1    Through this Motion, the Plan seeks dismissal of the Second Cause of Action of Plaintiff's
2 Complaint on the grounds that (1) ERISA § 502(a)(1)(B) provides "adequate relief", (2) the
3 "equitable relief" Plaintiff seeks is not available as matter of law; and (3) the Plan is not a fiduciary
4 of the Plan and may not be held liable for any breach of fiduciary with respect to the Plan. The
5 Plan also seeks dismissal of all claims against the Doe Defendants on the ground that it is improper
6 to name "Doe" defendants in the Ninth Circuit, and requests that the Court strike Plaintiff's
7 demand for a jury trial, as no jury trial is available in this action. A proposed order is submitted
8 with the filing.

9    This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points
10 and Authorities, all pleadings and papers on file in this action, and upon such argument and matters
11 as may be presented to the Court at the time of the hearing.

12 DATED:     July 11, 2008          TRUCKER ✦ HUSS

14                                   By: /s/Virginia H. Perkins
                                         Virginia H. Perkins
15                                       Attorneys for Defendant The CCPOA Benefit
                                         Trust Fund