Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Virginia H. Perkins, SBN 215832
vperkins@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017

Attorneys for Defendant,
The CCPOA Benefit Trust Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN LEWIS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE CCPOA BENEFIT TRUST FUND; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendant. | Case No. CV 08-03228 VRW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE CCPOA BENEFIT TRUST FUND'S MOTION TO DISMISS SECOND CAUSE OF ACTION OF PLAINTIFF'S COMPLAINT, TO DISMISS DOE DEFENDANTS AND TO STRIKE JURY TRIAL DEMAND**<br><br>Date: September 11, 2008<br>Time: 2:30 p.m.<br>Location: Courtroom 6, 17th Floor<br>Judge: Chief Judge Vaughn R. Walker |

　　　　Defendant The CCPOA Benefit Trust Fund's Motion to Dismiss Count II of Plaintiff's Complaint came on for hearing before this Court on September 11, 2008, at 2:30 p.m. After full consideration of the moving and opposition papers, the Court grants The CCPOA Benefit Trust Fund's Motion to Dismiss the Second Cause of Action stated in Plaintiff's Complaint. Plaintiff's claim for "equitable relief" under ERISA § 502(a)(3) is hereby dismissed with prejudice. Plaintiff's claims against the Doe defendants are also dismissed on the further ground that it is improper to name Doe defendants in federal court. Finally, Plaintiff's demand for a jury trial is stricken from the Complaint as he is not entitled to a jury trial in this action.

1 | IT IS SO ORDERED

2 | DATED:_____

                                          Hon. Vaughn R. Walker
                                          United States District Court Judge

Trucker ♦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104