IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN LEWIS,

        Plaintiff,

  v.

THE CCPOA BENEFIT TRUST FUND,

        Defendant.
                                  /

No.  C 08-3228  VRW

**CLERK'S NOTICE**

(Plaintiff is directed to serve a copy, and file proof of service, of this notice on any party in this action not appearing on the court's Notice of Electronic Filing or the Certificate of Service)

      YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on defendant's Motion to Dismiss Second Cause of Action and Strike Jury Demand and initial case management conference to October 16, 2008 at 2:30 P.M.   Please report to Courtroom  6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: August 18, 2008

                                               FOR THE COURT,
                                               Richard W. Wieking, Clerk

                                               By: *Cora Klein*
                                               Courtroom Deputy Clerk to
                                               Chief Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov