Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Virginia H. Perkins, SBN 215832
vperkins@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017

Attorneys for Defendant,
The CCPOA Benefit Trust Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN LEWIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE CCPOA BENEFIT TRUST FUND; and DOES 1 through 20, inclusive,<br><br>　　　　Defendant. | Case No. CV 08-03228 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF SECOND CAUSE OF ACTION (WITHOUT PREJUDICE)** |

Plaintiff Ken Lewis ("Plaintiff") and the CCPOA Benefit Trust Fund (the "Fund") hereby stipulate and request that the Court order as follows:

1. Plaintiff hereby dismisses the Second Cause of Action (seeking Equitable Relief under 29 U.S.C. § 1132(a)(3)), without prejudice. Plaintiff may file an Amended Complaint including an amended cause of action seeking equitable relief under 29 U.S.C. § 1132(a)(3), by October 15, 2008. The Fund shall not be a defendant to any cause of action seeking equitable relief under 29 U.S.C. § 1132(a)(3).

2. Plaintiff hereby dismisses his Demand for Jury Trial and Does 1 through 20.

3. The Fund shall file an answer, motion, or other response to the Amended Complaint, if Plaintiff files one, on or before October 30, 2008. If Plaintiff does not file an Amended

Complaint by October 15, 2008, the Fund shall file an answer, motion or other response to the First Cause of Action of the Complaint by October 30, 2008.

4. The Fund hereby withdraws its Motion to Dismiss filed on July 11, 2008, without waiving its or any other party's right to file a similar motion in response to an Amended Complaint. This Stipulation shall not be construed as a waiver of any defense or right to raise any defense, by motion or any other means, by the Fund or any other potential defendant.

DATED: Oct. 1, 2008

TRUCKER ✦ HUSS

By: _____
Robert F. Schwartz
Attorneys for Defendant The CCPOA Benefit Trust Fund

DATED: Oct. 1, 2008

PILLSBURY & LEVINSON

By: _____
Brian Kim
Attorneys for Plaintiff Ken Lewis

[PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED: October 8, 2008

By: _____
Honorable Vaughn R. Walker
United States District Court Judge

IT IS SO ORDERED
Judge Vaughn R Walker