Terrence J. Coleman   (State Bar No. 172183)
Brian H. Kim           (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email:   tcoleman@pillsburylevinson.com
         bkim@pillsburylevinson.com

Attorneys for Plaintiff
KEN LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN LEWIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE CCPOA BENEFIT TRUST FUND; et al.,<br><br>　　　　　Defendants. | Case No.  C 08-3228 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |

　　　　Plaintiff Ken Lewis and Defendants The CCPOA Benefit Trust Fund Health and Welfare Plan ("Plan"), The CCPOA Benefit Trust Fund ("Fund"), The Trust's Administrator of the CCPOA Benefit Trust Fund ("Trust's Administrator"), and The Board of Trustees of the CCPOA Benefit Trust Fund ("Trustees") hereby stipulate and request that the Court order as follows:

　　　　1.　　Under the terms of the Stipulation re: Dismissal of Second Cause of Action (Without Prejudice) filed with this Court on October 1, 2008, Plaintiff was granted leave to file a First Amended Complaint by October 15, 2008 and the Fund was required to file a responsive pleading by October 30, 2008.

2. On October 15, 2008, Plaintiff filed his First Amended Complaint through the e-filing process, naming the Plan, the Trust's Administrator and the Trustees as additional Defendants.

3. After a meet and confer process, the parties agree as follows:

    a. Plaintiff may file a Second Amended Complaint, attached as Exhibit A to this Stipulation.

    b. The Plan, the Trust's Administrator and the Trustees shall accept service of the Second Amended Complaint upon the electronic filing and electronic service of the Second Amended Complaint on the Fund's counsel of record, Trucker ✦ Huss.

DATED: October 31, 2008

TRUCKER ✦ HUSS

By: _____
Robert Schwartz
Virginia H. Perkins
Attorneys for Defendant The CCPOA Benefit Trust Fund

DATED: October 31, 2008

PILLSBURY & LEVINSON, LLP

By: _____
Brian Kim
Attorneys for Plaintiff Ken Lewis

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED: October ___, 2008

Hon. _____
United States District Court

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

-2-

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

Case No. CV 08-03228 VRW

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111