IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
KEN LEWIS,                              No   C 08-3228 VRW

         Plaintiff,                          ORDER

    v

THE CCPOA BENEFIT TRUST FUND;
et al,

         Defendants.
                                   /
```

In light of plaintiff Ken Lewis' continued pursuit of leave to amend (Doc #77 at 6), the court instructs the parties to be prepared to discuss at the August 20, 2009 hearing whether leave to amend should be granted.  In particular, the parties should be prepared to discuss the factual issues addressed in the court's July 30, 2009 order.  Doc #76 at 7.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge