IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN LEWIS,                                    No   C 08-3228 VRW

       Plaintiff,                          ORDER

       v

THE CCPOA BENEFIT TRUST FUND;
et al,

       Defendants.
_____/

       The court is in receipt of a letter from counsel for plaintiff requesting permission to amend the proposed third amended complaint.  Doc #89.

       Plaintiff is given leave to serve and file on or before September 4, 2009, a motion to amend further his compliant.  In the motion for leave, counsel for plaintiff should explain why a further amendment would not result in: (1) undue delay and (2) prejudice to the defendants.  Counsel for plaintiff should also explain why amendment would not prove futile.

//

1       **Defendants should serve and file any response to the**
2 **motion within ten days of plaintiff's motion, whereupon the matter**
3 **will be submitted.**

5       **IT IS SO ORDERED.**

_____
**VAUGHN R WALKER**
**United States District Chief Judge**