Terrence J. Coleman   (State Bar No. 172183)
Brian H. Kim           (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email:   tcoleman@pillsburylevinson.com
         bkim@pillsburylevinson.com

Attorneys for Plaintiff
KEN LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION; CCPOA BENEFIT TRUST FUND; THE CCPOAS BENEFIT TRUST FUND HEALTH AND WELFARE PLAN and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.  C 08-3228 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION** |

   IT IS HEREBY STIPULATED by and between Plaintiff KEN LEWIS and Defendant The CALIFORNIA CORRECTIONAL PEACE OFFICER ASSOCIATION ("CCPOA"), through their respective counsel, that;

   1.   Plaintiff dismisses with prejudice Defendant CCPOA from this action;

   2.   In exchange for Plaintiff's dismissal of CCPOA as a party in this action, Defendant CCPOA withdraws its Motion to Dismiss (Doc. #109) set for hearing before this Court on February 11, 2010.  CCPOA also waives all rights to seek any recovery against

1  Plaintiff for any attorney's fees and costs incurred by CCPOA in this action, including but not
2  limited to fees and costs incurred relating to CCPOA's Motion to Dismiss.
3  Dated:  December 22, 2009                    PILLSBURY & LEVINSON, LLP

5                                               By: __/s/ Brian H. Kim_____
                                                    Brian H. Kim
6                                                   Attorneys for Plaintiff
                                                    KEN LEWIS

8  Dated:  December 22, 2009_____             CARROLL, BURDICK & McDONOUGH LLP

10                                              By: __/s/ Jonathan Yank_____
                                                    Jonathan Yank
11                                                  Attorneys for Defendant
                                                    CALIFORNIA CORRECTIONAL
12                                                  PEACE OFFICERS' ASSOCIATION

**ORDER**

Per the parties' stipulation, **IT IS SO ORDERED.**

DATED: __12/28/2009__                           _____
                                                HON.
                                                UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*