IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN LEWIS, | No C 08-3228 VRW |
| Plaintiff, | ORDER |
| v | |
| THE CCPOA BENEFIT TRUST FUND et al, | |
| Defendants. | |

Plaintiff Ken Lewis seeks leave to file motions to strike deposition testimony of Michael Smalley and to compel the production of certain board meeting minutes and agendas.  Doc #114.  Defendants have filed a letter in response.  Doc #115.

Having considered the parties' submissions, the court GRANTS plaintiff's request for leave.  Plaintiff may serve and file

a motion to strike and a motion to compel per his May 18, 2010 letter to the court on or before June 18, 2010. Defendants' opposition shall be filed on or before July 2, 2010. Plaintiff may file his reply on or before July 11, 2010, at which time the matter is referred to Chief Magistrate Judge Maria-Elena James or her designee for disposition not later than September 3, 2010.

      IT IS SO ORDERED.

 

**VAUGHN R WALKER**
United States District Chief Judge