Terrence J. Coleman   (State Bar No. 172183)
Brian H. Kim          (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email:  tcoleman@pillsburylevinson.com
        bkim@pillsburylevinson.com

Attorneys for Plaintiff
KEN LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN LEWIS, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION; CCPOA BENEFIT TRUST FUND; THE CCPOAS BENEFIT TRUST FUND HEALTH AND WELFARE PLAN and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.  C 08-3228 VRW (DMR) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION TO STRIKE CHANGES TO DEPOSITION TESTIMONY AND TO COMPEL PRODUCTION OF DOCUMENTS** |

IT IS HEREBY STIPULATED by and between Plaintiff KEN LEWIS and Defendants The CALIFORNIA CORRECTIONAL PEACE OFFICER ASSOCIATION BENEFIT TRUST FUND and the CCPOA BENEFIT TRUST FUND HEALTH AND WELFARE PLAN, through their respective counsel, that;

1. Per the Notice of Reference and Order Re: Discovery Procedures (Doc. #117), Plaintiff's motion to strike deposition testimony and to compel production of documents has been set for August 12, 2010 at 11:00 a.m. before Magistrate Judge Donna M. Ryu;

2. On June 16, 2010 Plaintiff's counsel was informed by Defendants' counsel via e-mail that Defendants' counsel will be unavailable for the August 12, 2010 hearing date for the motion because of a previously planned vacation; and

3. In light of the unavailability of Defendants' counsel for the August 12, 2010 hearing date, the parties stipulate to continue the hearing date for Plaintiff's motion from August 12, 2010 to August 26, 2010 at 11:00 a.m.

Dated:  June 17, 2010                                   PILLSBURY & LEVINSON, LLP


By:   /s/ Brian H. Kim
         Brian H. Kim
         Attorneys for Plaintiff,
         KEN LEWIS

Dated:  June 17, 2010_____                            TRUCKER ✦ HUSS


By:   /s/ Robert F. Schwartz
         Robert F. Schwartz
         Attorneys for Defendants,
         CCPOA BENEFIT TRUST FUND and
         CCPOA BENEFIT TRUST FUND
         HEALTH AND WELFARE PLAN

# [~~PROPOSED~~] ORDER

Per the parties' stipulation, IT IS ORDERED that the hearing date for Plaintiff's motion to strike changes to deposition testimony and to compel production of documents shall be continued from August 12, 2010 to **August 26, 2010 at 11:00 a.m.** Per Chief Judge Walker's referral order (Docket No. 116), the briefing schedule shall remain as follows:

Plaintiff shall be permitted until June 18, 2010 to file and serve his motion to strike and motion to compel.

Defendants shall be permitted until July 2, 2010 to file their oppositions to Plaintiff's motions.

1    Plaintiff shall be permitted until July 11, 2010 to file a reply brief in support of his
2 motions.
3    **IT IS SO ORDERED.**
4
5 DATED: __June 18, 2010_____                    _____
6                                                  HON. DONNA M. RYU
                                                   UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Donna M. Ryu*

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111