Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Virginia H. Perkins, SBN 215832
vperkins@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017

Attorneys for Defendants,
CCPOA Benefit Trust Fund
The CCPOA Benefit Trust Fund Health and Welfare Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEN LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION; CCPOA BENEFIT TRUST FUND; THE CCPOA BENEFIT TRUST FUND HEALTH AND WELFARE PLAN and DOES 1 through 2-, inclusive,<br><br>    Defendants. | Case No. CV 08-03228 VRW (DMR)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF BRIEFING DEADLINES**<br><br>Date: August 26, 2010<br>Time: 11:00 a.m.<br>Courtroom: 4, 3rd Floor<br>Judge: Magistrate Donna M. Ryu |

Plaintiff Ken Lewis ("Plaintiff") and Defendants CCPOA Benefit Trust Fund (the "Fund") and CCPOA Benefit Trust Fund Health and Welfare Plan (the "Plan") (hereinafter together referred to as "Defendants") hereby stipulate (and request that the Court enter the order proposed below) as follows:

1. On June 15, 2010, the Court entered a Notice of Reference and Order Re Discovery Procedures (the "Discovery Order") (Docket #117), setting briefing deadlines for Plaintiff's motion to compel and to strike and a hearing date of August 12, 2010.

2. On June 17, 2010, the Court approved the parties' stipulation to continue the

hearing date on Plaintiff's motion to August 26, 2010, without altering the remaining briefing deadlines (Docket #118).

3. To accommodate scheduling conflicts and health issues on the part of Defendants' counsel, the parties have agreed to stipulate, by and through their respective counsel, to extend the remaining briefing deadlines by five days, so that the new deadlines are as follows:

- **Defendants' Opposition to Plaintiff's motion shall be filed no later than July 7, 2010 (current deadline is July 2, 2010);**
- **Plaintiff's Reply Memorandum, if any, shall be filed no later than July 16, 2010 (current deadline is July 11, 2010).**

4. This extension will not affect the current hearing date of August 26, 2010, and it will not affect any other deadline or date set by Court order. Briefing will still be completed more than one month prior to the hearing date.

DATED: July 1, 2010                    TRUCKER ✦ HUSS

                                       By:_____
                                            Robert F. Schwartz
                                            Attorneys for Defendants
                                            The CCPOA Benefit Trust Fund and The CCPOA
                                            Benefit Trust Fund Health and Welfare Plan

DATED: July 1, 2010                    PILLSBURY & LEVINSON

                                       By: /s/Brian Kim
                                            Brian Kim
                                            Attorneys for Plaintiff Ken Lewis

I attest that I have obtained Mr. Kim's concurrence in the filing of this document.

DATED: July 1, 2010
                                       /s/Robet F. Schwartz
                                       Robert F. Schwartz

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED. Defendants' Opposition to Plaintiff's Motion to Strike and to Compel (Docket #120) shall be filed no later than July 7, 2010, and Plaintiff's Reply Memorandum, if any, shall be filed no later than July 16, 2010.

DATED: _____July 1_____, 2010      By: _____

Honorable Donna M. Ryu
United States District Court Magistrate Judge

Trucker ♦ Huss
A Professional Corporation
120 Montgomery Street, 23rd Floor
San Francisco, California 94104

Stipulation And [Proposed] Order Regarding Extension of Briefing Deadlines; Case No. CV 08-03228 VRW (DMR)
#1092092

3