Terrence J. Coleman    (State Bar No. 172183)
Brian H. Kim          (State Bar No. 215492)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery St., 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816
Email:   tcoleman@pillsburylevinson.com
         bkim@pillsburylevinson.com

Attorneys for Plaintiff
KEN LEWIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEN LEWIS,<br><br>                    Plaintiff,<br><br>v.<br><br>THE CCPOA BENEFIT TRUST FUND;<br>et al.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  C 08-3228 VRW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

Plaintiff Ken Lewis and Defendants The CCPOA Benefit Trust Fund ("Fund") and The

CCPOA Benefit Trust Fund Health and Welfare Plan ("Plan"), through their respective

attorneys of record, HEREBY STIPULATE that the above-captioned matter and all claims of

relief therein shall be dismissed with prejudice as to all parties in its entirety pursuant to the

parties' agreement to resolve the dispute.  Each party is to bear its own fees and costs.

///

///

///

///

///

PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, 31st Floor · San Francisco, CA 94111

1    **IT IS SO STIPULATED.**

2    Dated:  January 5, 2011                     PILLSBURY & LEVINSON, LLP

3

4                                                By:____/s/  Brian H. Kim_____
                                                 Terrence J. Coleman
5                                                Brian H. Kim
                                                 Attorneys for Plaintiff
6                                                KEN LEWIS

7    DATED: January 5, 2011                      TRUCKER ✦ HUSS

8

9                                                By: ____/s/  Virginia H. Perkins_____
                                                     Robert Schwartz
10                                                   Virginia H. Perkins
                                                     Attorneys for Defendants The CCPOA
11                                                   Benefit Trust Fund and The CCPOA Benefit
                                                     Trust Fund Health and Welfare Plan

12

13                          ~~[PROPOSED]~~ ORDER

14          Pursuant to the stipulation of the parties, the above-captioned matter and all claims of

15   relief therein are dismissed with prejudice as to all parties in its entirety pursuant to the parties'

16   agreement to resolve the dispute.  Each party is to bear its own fees and costs.

17          **IT IS SO ORDERED.**

18   Dated:  January ___6___, 2011

19

20                                               Hon._____
                                                 UNITED ... COURT

21                                               Judge Vaughn R Walker

22

23

24

25

26

27

28

-2-